```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

| | |
|---|---|
| AMY MILLIGAN,               * | |
|     Plaintiff            * | |
| vs.                         * | CASE NO. 3:04-CV-40 (CDL) |
| JO ANNE B. BARNHART,        * | |
| Commissioner of Social Security, * | |
|     Defendant            * | |

ORDER ON RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on April 13, 2005, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 1st day of June, 2005.

                                                  S/Clay D. Land
                                                    CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE